IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITY OF CONNECTICUT | ) | |
| SCHOOL OF LAW TAX CLINIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-cv-01251 WWE |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER**

The defendant, Internal Revenue Service moves this Court for a 30 day extension of time to answer the complaint.  This is the defendant's first request, and it is made for good reason, not to delay.  Counsel for defendant has inquired of plaintiff's counsel, who agrees to the relief sought in this motion.

Dated: this 11th day of October, 2006.

/s/ R. Scott Clarke
R. Scott Clarke, PHV 01317
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20001
Telephone: (202) 307-6647
Facsimile (202) 514-6866
Email: russell.s.clarke@usdoj.gov

1926977.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITY OF CONNECTICUT<br>SCHOOL OF LAW TAX CLINIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-cv-01251 WWE |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S**
**MOTION FOR EXTENSION OF TIME TO ANSWER**

Upon consideration of defendant's motion for extension of time to answer the complaint,

the motion is HEREBY GRANTED, and defendant shall have until November 16, 2006 to file

and serve an answer or other pleading in response to the complaint.

_____
CLERK, UNITED STATES DISTRICT COURT

1926977.1