IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITY OF CONNECTICUT SCHOOL OF LAW TAX CLINIC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:06-cv-01251 WWE |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) ) | |

**ANSWER**

The defendant, Internal Revenue Service answers plaintiff's complaint as follows:

1. Defendant denies the allegations of paragraph one for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

2. Defendant admits the allegations of paragraph two.

3. Defendant admits that this Court has jurisdiction, but denies that 26 U.S.C. § 6110 provides jurisdiction.

4. Defendant admits the allegations of paragraph four.

5. The allegations of paragraph five constitute a statement of the relief sought and no response is required. To the extent a response is required, defendant admits that the plaintiff seeks records through the FOIA, but denies plaintiff is entitled to the relief sought.

2023552.1

6. Defendant admits that it maintains some records relating to the proposed closing of certain Taxpayer Assistance Centers, but denies the remaining allegations for lack of knowledge or information sufficient to form a belief as to their truth.

7. Defendant admits the allegations of paragraph seven, except it denies the plaintiff agreed to pay all reasonable charges.

8. Defendant admits the allegations of paragraph eight.

9-10. Defendant denies the allegations of paragraphs nine and ten for lack of knowledge or information sufficient to form a belief as to their truth.

11. Defendant admits the allegations in paragraph eleven, but denies that 5 U.S.C. § 552(a)(6)(B)(ii) required the letter to contain a response date.

12. Defendant admits the allegations of paragraph twelve.

13. Defendant admits the allegations of paragraph thirteen.

14. Defendant admits that it did not respond to plaintiff's request, but denies the remaining allegation.

15. Defendant admits the allegations of paragraph fifteen.

16. Defendant denies that it has violated the FOIA in that all the requested records are not subject to disclosure. Defendant admits that it did not promptly make the non-exempt documents available, but it has done so now.

17. Defendant admits the allegations of paragraph seventeen.

18. Defendant denies the allegations of paragraph eighteen.

WHEREFORE, the defendant respectfully requests that this Honorable Court enter an order dismissing plaintiff's complaint with prejudice, and for any other and further relief as the Court deems appropriate under the circumstances.

Dated: this 14th day of November, 2006.

/s/ R. Scott Clarke
R. Scott Clarke, PHV 01317
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20001
Telephone: (202) 307-6647
Facsimile (202) 514-6866
Email: russell.s.clarke@usdoj.gov

2023552.1