IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITY OF CONNECTICUT )<br>SCHOOL OF LAW TAX CLINIC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. ) | Civil Action No. 3:06-cv-01251 WWE |

## STIPULATION OF DISMISSAL

The University of Connecticut School of Law Tax Clinic and the Internal Revenue Service stipulate and agree that the above referenced proceeding be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys fees or other expenses of litigation.

For Plaintiff:

SHANNON D. CONGDON
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0341
Scongdon@daypitney.com

For Defendant:

JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
(202) 307-6669
Jonathan.D.Carroll@USDOJ.GOV

## **CERTIFICATION**

I hereby certify that on this 22nd day of May 2009, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/
Shannon D. Congdon (ct#27453)